IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 OCT 18 AM 9: 52

CLERK B. West
SO. DIST. OF GA.

| | |
|---|---|
| CHASTITY PRICKETT,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN B. LAWSON, TWINDELL BRUEGGEMAN, MARGARET HOLTON, ARMINDA BOULA, SONDOA JAMES, TERESA CAYTON, SADIE WIGGINS, CONSTANCE MCLAIN, AND DONNA JORDAN, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS EMPLOYEES OF THE GEORGIA DEPARTMENT OF CORRECTIONS.<br><br>Defendants. | CIVIL ACTION FILE<br>NO. CV607-041 |

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference: October 15, 2007

2. Parties or counsel who participated in conference:

   Tina E. Maddox

   DuAnn C. Davis

   J. Keith Pollette

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.

Sondra James has been misidentified by Plaintiff as "Sondoa James". This misidentification will be corrected pursuant to the Federal Rules of Civil Procedure and this Court's Scheduling Order by Plaintiff within the time frame prescribed by the Federal Rules and this Court's Scheduling Order.

4. Date the Rule 26(a)(1) disclosures were made:

   Initial disclosures will be made within 14 days of the date of this Report.

5. If any party objects to making the initial disclosures required by Rule 26(a)(i) or proposes changes to the timing or form of those disclosures,

   a. Identify the party or parties requesting additional time:

   Not applicable.

   b. Specify the objection or proposal:

   Not applicable.

6. The Local Rules provide a 140 day period for discovery. If any party is requesting additional time for discovery,

   a. Identify the party or parties requesting additional time:

   Plaintiff and Defendants jointly request a 180 day period for discovery because the facts concerning the allegations of the Plaintiff concerning her medical care and treatment at Defendants' facility will have to be determined through discovery and medical evidence.

   b. State the number of months the parties are requesting for discovery:

   Six months.

   c. Identify the reason(s) for requesting additional time for discovery:

2

    __X__    Unusually large number of parties

    _____    Unusually large number of claims or defenses

    __X__    Unusually large number of witnesses

    __X__    Exceptionally complex factual issues

    _____    Need for discovery outside the Untied States

    __X__    Other: <u>All facts as to the allegations of the Plaintiff concerning her medical care and treatment at Defendants' facility will have to be developed through discovery and medical evidence</u>.

    d.    Please provide a brief statement in support of each of the reasons identified above: <u>All facts as to the allegations of the Plaintiff concerning her medical care and treatment at Defendants' facility will have to be developed through discovery and medical evidence</u>.

7.    If any party is requesting that discovery be limited to particular issues or conducted in phases, please:

    a.    Identify the party or parties requesting such limits:    <u>None</u>

    b.    State the nature of any proposed limits:    <u>None</u>.

8.    The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule 26(f) conference |

   Last day to furnish expert witness   90 days after Rule 26(f) conference
   Report by a defendant   (Or 60 days after the answer, whichever is later)

   Last day to file motions   30 days after close of discovery

If any party requests a modification of these deadlines,

  (a)  Identify the party or parties requesting the modification: <u>Plaintiffs and Defendants.</u>

  (b)  State which deadline should be modified and the reason supporting the request:

  <u>Plaintiffs request that its experts be named, and its expert report be filed 120 days after commencement of discovery.</u>

  <u>Defendant requests that its experts be named, and its expert report be filed 150 days after commencement of discovery.</u>

9. State any other matters the Court should include in its scheduling order:

  <u>None.</u>

10. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

  <u>The parties have conferred about settlement and evaluations of value of claims, and agree</u>

4

that further discovery is required.

Respectfully submitted, this _15th_ day of October, 2007.

/s/ Tina E Maddox
Tina E. Maddox
**Attorney for Plaintiff**
**State Bar Number: 465511**

Hamilton & Maddox
Post Office Box 1343
Vidalia, GA 30475-1343
Tel. 912-537-3025
Fax 912-537-0264

**DuAnn C. Davis**
**Attorney for Plaintiff**
**State Bar Number: 191899**

Cheney & Cheney
Post Office Box 1100
Reidsville, GA  30453-1100
Tel. 912-557-4768
Fax 912-557-1885

/s/ J Keith Pollette
**J. Keith Pollette**
**State Bar Number: 592992**
**Special Assistant Attorney General**
**Attorney for Defendants**

Bryant & Cook, P.C.
Post Office Box 28
Vidalia, GA 30475-0028
Tel. 912-537-9021
Fax 912-537-3807

## CERTIFICATE OF SERVICE

This certifies that I have served this RULE 26(f) REPORT by sending a copy, via first-class U.S. mail, postage prepaid, to:

Tina E. Maddox
Attorney at Law
Hamilton & Maddox
Post Office Box 1343
Vidalia, GA 30475-1343

DuAnn C. Davis
Attorney at Law
Cheney & Cheney
Post Office Box 1100
Reidsville, GA  30453-1100

This 15th day of October, 2007.

                                                  *J. Keith Pollette* (signature)
J. Keith Pollette
**State Bar Number: 58992**
**Special Assistant Attorney General**
**Attorney for Defendants**

Bryant & Cook, P.C.
Post Office Box 28
Vidalia, GA 30475-0028
(912) 537-9021