UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CHASTITY PRICKETT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV607-041 |
| JOHN B. LAWSON, TWINDELL BRUEGGEMAN, MARGARET HOLTON, ARMINDA BOULA, SONDOA JAMES, TERESA CAYTON, SADIE WIGGINS, CONSTANCE McLAIN, and DONNA JORDAN, individually and in their official capacities as employees of the Georgia Department of Corrections, | ) |
| Defendants. | ) |

## ORDER

Application for leave of absence has been requested by DuAnn C. Davis for the period of Saturday, November 1, 2008 through and including Sunday, March 1, 2009.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this __8th__ day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA